# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANDREA PATTON**                                                                     **PLAINTIFF**

**v.**                        **Case No. 4:17-cv-00820-KGB**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                              **DEFENDANT**

## ORDER

The Court has received the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 14). No objections have been filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommended Disposition, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id.*).

Therefore, the Court affirms the final decision of defendant Acting Commissioner Nancy Berryhill and dismisses with prejudice plaintiff Andrea Patton's complaint (Dkt. No. 2).

So ordered this the 13th day of February, 2019.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge