IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDREA PATTON                                                                                      PLAINTIFF

v.                          Case No. 4:17-cv-00820-KGB

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

So adjudged this the 13th day of February, 2019.

_____
Kristine G. Baker
United States District Judge